_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 1 9 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

RICHARD B. MARTIN, ESQ.,     *

Plaintiff     *

v     *     Civil Action No. SAG-19-3223

ERIN DANZ, *et al.*,     *

Defendants     *

\*\*\*

## ORDER

On November 20, 2019, this Court issued an Order requiring Plaintiff to complete and return a United States Marshal form so the complaint could be served. ECF 5. Plaintiff was granted 21 days to complete and return the form. Plaintiff has failed to comply with the Order.

Accordingly, it is this 19th day of December, 2019, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. The Emergency Ex Parte Motion (ECF 3) IS DENIED WITHOUT PREJUDICE;

3. The Clerk SHALL CLOSE this case; and

4. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff.

Stephanie A. Gallagher
United States District Judge